**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* ____________ Chapter **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Screening Services Group, LLC** |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **DBA Wilshire Screening Room**<br>**DBA QC Room at 8670 Wilshire**<br>**DBA Rodeo Screening Room**<br>**DBA Sepulveda Screening Room**<br>**DBA Fine Arts Theatre** |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **41-2078012** |
| **4.** | **Debtor's address** | **Principal place of business**<br>**8670 Wilshire Blvd, Suite 112**<br>**Beverly Hills, CA 90211**<br>Number, Street, City, State & ZIP Code<br>**Los Angeles**<br>County<br><br>**Mailing address, if different from principal place of business**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | **www.studioscreenings.com** |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: ____________ |

Debtor **Screening Services Group, LLC** Case number (*if known*)
Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | | When | | Case number | |
| District | | When | | Case number | |

Debtor **Screening Services Group, LLC** Case number (*if known*) ____________
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor ____________ Relationship ____________
District ____________ When ____________ Case number, if known ____________

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? ____________

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ____________

**Where is the property?** ____________
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency ____________
Contact name ____________
Phone ____________

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Screening Services Group, LLC**
Name

Case number (*if known*) ______

**Request for Relief, Declaration, and Signatures**

**WARNING –** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 09/14/2026
MM / DD / YYYY

*X* ______
Signature of authorized representative of debtor

**Michael S. Hall**
Printed name

Title **President**

**18. Signature of attorney**

*X* ______
Signature of attorney for debtor

Date 9/14/26
MM / DD / YYYY

**Vanessa M. Haberbush 287044**
Printed name

**Haberbush, LLP**
Firm name

**444 West Ocean Boulevard**
**Suite 1400**
**Long Beach, CA 90802**
Number, Street, City, State & ZIP Code

Contact phone **(562) 435-3456** Email address ______

**287044 CA**
Bar number and State

# RESOLUTION OF THE DIRECTORS AUTHORIZING CHAPTER 11 BANKRUPTCY FILING AND RETENTION OF THE COUNSEL

On September 8, 2026, a meeting of the members of Screening Services Group, LLC (the "Company") was convened at 12:00 p.m. The sole member, manager, and director was present and with notice of a meeting having been waived and it being determined that due to the financial circumstances of the Company, it was unanimously:

**RESOLVED** that the Company be authorized to file a petition seeking relief under Sub Chapter V of Chapter 11 of Title 11 of the *United States Code* and that the sole director and manager: Michael Hall, be authorized to execute such documents as are necessary and appropriate to make such filing and to proceed with the Chapter 11 bankruptcy case.

**IT WAS FURTHER RESOLVED** that the Company is hereby authorized to employ HABERBUSH, LLP as its general bankruptcy counsel in the Chapter 11 bankruptcy case.

Dated: September 13, 2026

By: Michael S Hall
Michael Hall, Manager, Member, and President of Screening Services Group, LLC

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Screening Services Group, LLC |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1640 Sepulvada Property, LLC<br>12501 Seal Beach Blvd., Suite 225<br>Seal Beach, CA 90740 | Joon Choi<br>joon@harborassociates.com<br>562-436-6688 | Back rent for property located at 1640 Sepulveda Blvd. | | | | $110,989.72 |
| Ahrya Corporation<br>1717 S. Figueroa Street<br>Los Angeles, CA 90015 | Shawn Farr<br>shawn@vertigousa.com<br>310-755-9473 | Back rent for property located at 8556 Wilshire Blvd. | | | | $220,155.24 |
| Ascentium Capital<br>P.O. Box 71297<br>Charlotte, NC 28272 | Ryan McCarthy<br>RyanMCarthy@AsecntiumCapital.com<br>281-883-5073 | Business Loan | | $162,323.44 | $0.00 | $162,323.44 |
| Bank of America<br>Attn: Agent for Service of Process<br>330 North Brand Blvd., Suite 700<br>Glendale, CA 91203 | 1-800-673-1044 | Credit Card | | | | $55,827.72 |
| Bank of America<br>Attn: Agent for Service of Process<br>330 North Brand Blvd., Suite 700<br>Glendale, CA 91203 | 1-800-673-1044 | Credit Card | | | | $37,969.71 |
| Bayfirst (Banesco)<br>150 Alhambra Cir.<br>Suite 100<br>Miami, FL 33134 | jrapp@banescousa.com<br>(786) 725-3000 | Business Loan | | | | $137,740.69 |
| Bayfirst (Banesco)<br>150 Alhambra Cir.<br>Suite 100<br>Miami, FL 33134 | jrapp@banescousa.com<br>(786) 725-3000 | Business Loan | | | | $136,360.47 |

Debtor **Screening Services Group, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Chase Bank, N.A.<br>1414 Woodward Avenue<br>Ruston, LA 71270** | **1-800-945-2028** | **Credit Card** | | | | **$42,348.25** |
| **Citi Bank<br>P.O. Box 790046<br>Saint Louis, MO 63179** | **1-855-378-6468** | **Credit Card** | | | | **$39,602.96** |
| **DE Landholdings, LP<br>c/o Douglas Emmett Property Managem<br>808 Wilshire Blvd., Suite 200<br>Santa Monica, CA 90401** | **Belinda Butcher<br><br>bbutcher@douglasemmett.com<br>310-255-7706** | **Back rent for property located at 150 S Rodeo Dr.** | | | | **$111,726.55** |
| **Forward Financing<br>53 State Street, 20th Floor<br>Boston, MA 02109** | **(888) 244-9099** | **Business Loan** | | | | **$132,600.00** |
| **Intuit<br>2800 E. Commerce Center Place<br>Tucson, AZ 85706** | **servicing@intuit.com<br>(877) 223-4710** | **Business Loan** | | | | **$35,678.29** |
| **Leaf Capital Funding, LLC<br>PO Box 5066<br>Hartford, CT 06102** | **marrow@leafnow.com<br>410-933-8125** | **Business Loan** | | **$39,344.58** | **$0.00** | **$39,344.58** |
| **Leaf Capital Funding, LLC<br>PO Box 5066<br>Hartford, CT 06102** | **marrow@leafnow.com<br>410-933-8125** | **Business Loan** | | **$84,827.06** | **$0.00** | **$84,827.06** |
| **Michael Hall<br>8670 Wilshire Blvd, Suite 112<br>Beverly Hills, CA 90211** | **michael@studioscreenings.com<br>(310) 659-3875** | **Member Loan** | | | | **$325,000.00** |
| **Newtek Small Business Finance, LLC<br>4800 T-Rex Avenue, Suite 120<br>Boca Raton, FL 33431** | **oscott@newtekone.com<br>516-254-7603** | **Business Loan** | | **$454,480.87** | **$0.00** | **$454,480.87** |
| **OnDeck<br>4700 W. Daybreak Pkway, Suite 200<br>South Jordan, UT 84009** | **cvasquez2@ondeck.com;<br>tgonzales@ondeck.com<br>646-981-1275;<br>888-994-6603** | **Business Loan** | | **$109,168.17** | **$0.00** | **$109,168.17** |

Debtor **Screening Services Group, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Specialty Healthcare Properties 8670 Wilshire Blvd., Suite 102 Beverly Hills, CA 90211** | **Gaurav Singh gisingh@yahoo.com 310-717-7239** | **Back rent for real property located at 8670 Wilshire Blvd.** | | | | **$68,250.00** |
| **U.S. Small Business Administration 10737 Gateway West #300 El Paso, TX 79935** | **babak.solis@sba.gov 559-262-4964** | **Wildfire Relief Loan** | | | | **$48,245.80** |
| **Wells Fargo P.O. Box 29482 Phoenix, AZ 85038** | **800-225-5935** | **Credit Card** | | | | **$66,508.52** |

Screening Services Group, LLC
8670 Wilshire Blvd, Suite 112
Beverly Hills, CA 90211

Vanessa M. Haberbush
Haberbush, LLP
444 West Ocean Boulevard
Suite 1400
Long Beach, CA 90802

1640 Sepulvada Property, LLC
12501 Seal Beach Blvd., Suite 225
Seal Beach, CA 90740

Ahrya Corporation
1717 S. Figueroa Street
Los Angeles, CA 90015

Alliance Funding Group, LLC
18231 Irvine Blvd.
Tustin, CA 92780

American Express
P.O. Box 96001
Los Angeles, CA 90096

Amy Baden
15910 Ventura Blvd. 12th Floor
Seattle, WA 98124

Ascentium Capital
23970 Hwy 59 N.
Kingwood, TX 77339

Aspire
50 Tice Blvd.
Woodcliff Lake, NJ 07677

Bank of America
Attn: Agent for Service of Process
330 North Brand Blvd., Suite 700
Glendale, CA 91203

Bayfirst (Banesco)
150 Alhambra Cir. Suite 100
Miami, FL 33134

Chase Bank, N.A.
1414 Woodward Avenue
Ruston, LA 71270

CHTD Company
P.O. Box 2576
Springfield, IL 62708

Citi Bank
P.O. Box 790046
Saint Louis, MO 63179

Corporation Service Company
P.O. Box 2576
Springfield, IL 62708

Creative Handbook
17631 Ventura Blvd. Suite 320
Encino, CA 91316

CT Corporation, as Representative
Attn: SPRS
330 N. Brand Blvd., Suite 700
Glendale, CA 91204

DE Landholdings, LP
c/o Douglas Emmett Property Managem
808 Wilshire Blvd., Suite 200
Santa Monica, CA 90401

Employment Development Department
Bankruptcy Group MIC 92E

Endeavor Merchant Servicing
600 Congress Ave., Suite 15092
Austin, TX 78701

First Commonwealth Equipment Fin.
920 Cassatt Road, Suite 310
Berwyn, PA 19312-2000

Forward Financing
53 State Street, 20th Floor
Boston, MA 02109

Franchise Tax Board
Bankruptcy Section, MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

Intuit
2800 E. Commerce Center Place
Tucson, AZ 85706

Leaf Capital Funding, LLC
PO Box 5066
Hartford, CT 06102

Leaf Capital Funding, LLC
2005 Market Street, 14th Floor
Philadelphia, PA 19103

Michael Hall
8670 Wilshire Blvd, Suite 112
Beverly Hills, CA 90211

Newtek Small Business Finance, LLC
4800 T-Rex Avenue, Suite 120
Boca Raton, FL 33431

Newtek Small Business Finance, LLC
1981 Marcus Ave., Suite 130
New Hyde Park, NY 11042

NMEF Funding VI, LLC
P.O. Box 781055
Philadelphia, PA 19178

OnDeck
4700 W. Daybreak Pkway, Suite 200
South Jordan, UT 84009

Pawnee Leasing Corporation
3801 Automation Way
Fort Collins, CO 80525

QFS Capital
110 E Broward Blvd #1550
Fort Lauderdale, FL 33301

Rachel M. Sanders
865 South Figueroa Street
Suite 2800
Los Angeles, CA 90017

Specialty Healthcare Properties
8670 Wilshire Blvd., Suite 102
Beverly Hills, CA 90211

U.S. Bank Equipment Finanance
1310 Madrid Street
Marshall, MN 56258

U.S. Small Business Administration
10737 Gateway West
#300
El Paso, TX 79935

US Bank
P.O. Box 6353
Fargo, ND 58125

Vida Equity Group, LLC
7366 N Lincoln Ave., Suite 102
Lincolnwood, IL 60712

Wells Fargo
P.O. Box 29482
Phoenix, AZ 85038

Wintrust Specialty Finance
PO Box 3892
Seattle, WA 98124

WWT9 Owner, LLC
c/o Ocean West Properties
Attn: Ted Bischak
315 W. 9th Street, Suite 808
Los Angeles, CA 90015