| | September 2026 | October 2026 | November 2026 | December 2026 |
|---|---|---|---|---|
| **Income** | | | | |
| Sales Income | $ 257,712.71 | $302,170.24 | $ 228,213.50 | $ 228,213.50 |
| **Gross Income** | $ 257,712.71 | $302,170.24 | $ 228,213.50 | $ 228,213.50 |
| | | | | |
| **Expenses** | | | | |
| Rent | $ 72,200.10 | $72,200.10 | $72,200.10 | $ 72,200.10 |
| CAM | $ 831.01 | $831.01 | $831.01 | $ 831.01 |
| Electricity | $ 5,005.00 | $5,005.00 | $5,005.00 | $ 4,000.00 |
| Water | $ 550.51 | $550.51 | $550.51 | $ 550.51 |
| Internet/Phones | $ 2,964.24 | $2,964.24 | $2,964.24 | $ 2,964.24 |
| Neon | $ 1,128.00 | $1,128.00 | $1,128.00 | $ 1,128.00 |
| Ticketing | $ 538.00 | $538.00 | $538.00 | $ 538.00 |
| Alarm | $ 46.00 | $46.00 | $46.00 | $ 46.00 |
| Sales Tax - Past | $ 1,078.29 | $1,078.29 | $1,078.29 | $ 1,078.29 |
| Sales tax estimated | $ 7,546.25 | $10,409.25 | $7,781.50 | $ 7,781.50 |
| Parking | $ 4,019.00 | $4,019.00 | $4,019.00 | $ 4,019.00 |
| Storage | $ 1,061.00 | $1,061.00 | $1,061.00 | $ 1,061.00 |
| Film Payments | $ 2,500.00 | $2,500.00 | $2,500.00 | $ 2,500.00 |
| Food costs | $ 3,000.00 | $3,000.00 | $3,000.00 | $ 3,000.00 |
| City event permit | $ 1,265.00 | $1,265.00 | $1,265.00 | $ 1,265.00 |
| Payroll | $ 48,449.75 | $60,750.00 | $56,348.66 | $ 52,592.08 |
| Insurance | $ 4,217.15 | $4,217.15 | $4,217.15 | $ 4,217.15 |
| Advertising/promotions | $ 3,000.00 | $3,000.00 | $3,000.00 | $ 3,000.00 |
| Kaiser (Medical) | $ 1,277.00 | $1,277.00 | $1,277.00 | $ 1,277.00 |
| Misc. | $ 1,000.00 | $1,000.00 | $1,000.00 | $ 1,000.00 |
| SoCalCinetek | $ 1,000.00 | $1,000.00 | $1,000.00 | $ 1,000.00 |
| **Total expenses** | $ 162,676.30 | $177,839.55 | $170,810.46 | $ 166,048.88 |
| | | | | |
| **Net Income** | $ 95,036.41 | $124,330.69 | $57,403.04 | $ 62,164.62 |