| Priority | Secured Creditor Name and Address in UCC-1 Financing Statement Documents and/or Debtor's Records | UCC File No. Ending | Filed Date | Continuation Date | Description of Collateral | Co-Debtors | Claim Amount |
|---|---|---|---|---|---|---|---|
| 1 | U.S. Bank Equipment Finance, a division of U.S. Bank National Association<br>1310 Madrid Street<br>Marshall, MN 56258 | 7694 | 4/25/2019 | 11/8/2023 | Specific Equipment in Schedule A | N/A | Paid off |
| 2 | U.S. Small Business Administration<br>10737 Gateway West, #300<br>El Paso, TX 79935 | 5603 | 7/11/2020 | 6/27/2025 | All assets of the Debtor | Michael S. Hall | $ 500,000.00 |
| 3 | Allliance Funding Group<br>18231 Irvine Blvd.<br>Tustin, CA 92780 | 5727 | 8/28/2020 | N/A | All equipment identified in lease agreement dated 8/27/2020 with Alliance Funding Group, LLC | Unknown | Paid off |
| 4 | Ascentium Capital<br>23970 Hwy 59 N.<br>Kingwood, TX 77339 | 3538 | 11/3/2021 | N/A | Equipment, inventory, and personal property identified in Agreement No. 2634808 | Michael S. Hall | Paid off |
| 5 | NMEF Funding VI, LLC<br>P.O. Box 781055<br>Philadelphia, PA 19178-1055 | 1526 | 11/23/2021 | N/A | Specific Equipment in Schedule A | Michael S. Hall | $ 24,785.62 |
| 6 | C T Corporation, as Representative<br>330 N. Brand Blvd., Suite 700<br>Attn SPRS<br>Glendal, CA 91024 | 7723 | 7/19/2022 | | All assets of the Debtor | Unknown | Unknown |
| 7 | Ascentium Capital<br>23970 Hwy 59 N.<br>Kingwood, TX 77339 | 926 | 1/31/2023 | N/A | Equipment, inventory, and personal property idenitified in Agreement No. 2710672 | Michael S. Hall | $ 43,740.51 |
| 8 | First Commonwealth Equipment Finance<br>920 Cassatt Road, Suite 310<br>Berwyn, PA 19312 | 9230 | 5/24/2023 | N/A | Equipment, inventory, and personal property identified in Agreement No. 2730291 | Michael S. Hall | $ 43,230.82 |
| 9 | Leaf Capital Funding, LLC<br>2005 Market Street<br>14th Floor<br>Philadelphia, PA 19103 | 2033 | 9/29/2023 | N/A | All assets of the Debtor | Michael S. Hall | $ 84,827.06 |
| 10 | Ascentium Capital<br>23970 Hwy 59 N.<br>Kingwood, TX 77339 | 7739 | 10/3/2023 | N/A | Equipment, inventory, and personal property identified in Agreement No. 2750841 | Michael S. Hall | $ 74,727.26 |
| 11 | Newtek Small Business Finance, LLC<br>1981 Marcus Ave., Suite 130<br>Lake Success, NY 11042 | 2902 | 11/15/2023 | N/A | All assets of the Debtor | Unknown | |
| 12 | Wintrust Speciality Finance<br>P.O. Box 3892<br>Seatlle Washington, 98124 | 4337 | 3/22/2024 | N/A | Equipment, inventory, and personal property idenitified in Agreement No. 2775660 | Michael S. Hall | $ 61,947.05 |
| 13 | Ascentium Capital<br>23970 Hwy 59 N.<br>Kingwood, TX 77339 | 9025 | 4/17/2024 | N/A | All assets of the Debtor | Michael S. Hall | Unknown |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 14 | Leaf Capital Funding, LLC<br>2005 Market Street<br>14th Floor<br>Philadelphia, PA 19103 | 2126 | 8/15/2024 | N/A | All assets of the Debtor | Michael S. Hall | $ 39,344.58 |
| 15 | First Commonwealth Equipment Finance<br>920 Cassatt Road, Suite 310<br>Berwyn, PA 19312 | 9229 | 11/15/2024 | N/A | Equipment, inventory, and personal property identified in Agreement No. 2808642 | Michael S. Hall | $ 102,093.80 |
| 16 | Ascentium Capital<br>23970 Hwy 59 N.<br>Kingwood, TX 77339 | 3330 | 5/29/2025 | N/A | All assets of the Debtor | Michael S. Halll | $ 162,233.44 |
| 17 | OnDeck<br>4700 W. Daybreak Pkway, Suite 200<br>South Jordan, UT 84009 | 1016 | 7/3/2025 | N/A | All assets of the Debtor | Michael S. Hall | $ 109,168.17 |
| 18 | Leaf Capital Funding, LLC<br>2005 Market Street<br>14th Floor<br>Philadelphia, PA 19103 | 7730 | 8/21/2025 | N/A | All equipment identified in lease agreement dated 8/11/2025 | Michael S. Hall | Unknown |
| 19 | Vida Equity Group, LLC<br>7366 N LINCOLN AVE STE 102<br>LINCOLNWOOD,IL 607120000 | 5521 | 6/11/2026 | N/A | All of Debtor's present and future rights to payment | Michael S. Hall and 8670 Wilshire Screening Room, LLC | $ 10,942.50 |