HABERBUSH, LLP
DAVID R. HABERBUSH, ESQ., SBN 107190
VANESSA M. HABERBUSH, ESQ., SBN 287044
LANE K. BOGARD, ESQ., SBN 306972
444 West Ocean Boulevard, Suite 1400
Long Beach, CA 90802
Telephone: (562) 435-3456
Facsimile: (562) 435-6335
E-mail: vhaberbush@lbinsolvency.com

Proposed Attorneys for Debtor and Debtor-in-Possession

HABERBUSH, LLP
ATTORNEYS AT LAW
444 WEST OCEAN BOULEVARD, SUITE 1400
LONG BEACH, CA 90802

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION**

In re

SCREENING SERVICES GROUP, LLC,

Debtor and Debtor-in-Possession.

Case No. 2:26-bk-19276-BR

**Chapter 11**

**DECLARATIONS OF VANESSA M. HABERBUSH AND LANE K. BOGARD IN SUPPORT OF TELEPHONIC NOTICE OF HEARING- EMERGENCY MOTION OF DEBTOR AND DEBTOR-IN-POSSESSION FOR ORDER AUTHORIZING INTERIM USE OF CASH COLLATERAL**

**Hearing Date**
Date: September 18, 2026
Time: 10:00 a.m.
Ctrm: 1668
255 E. Temple Street
Los Angeles, CA 90012

## DECLARATION OF VANESSA M. HABERBUSH

I, VANESSA M. HABERBUSH, hereby declare and state:

1. I am an individual over the age of 18 years. I have personal knowledge of the facts stated herein and if I were called as a witness would and could competently testify thereto, under penalty of perjury.

2. I am a partner of Haberbush, LLP, proposed counsel for Screening Services Group, LLC, Debtor and Debtor-in-Possession herein ("Debtor"), in the above captioned bankruptcy case.

3. On September 15, 2026, Debtor filed an Emergency Motion for an order authorizing the use of cash collateral (the "Motion"). A true and correct copy of the Motion is attached hereto and

incorporated herein, by this reference, as Exhibit "1." On September 15, 2026, the Court granted an emergency hearing on the Motion. On September 15, 2026, Debtor filed a Notice of Debtor's emergency motion for an order authorizing the use of cash collateral (the "Notice"). A true and correct copy of the Notice is attached hereto and incorporated herein, by this reference, as Exhibit "2."

4. On September 15, 2026, I personally gave telephonic notice to several interested parties of the hearing on the Motion. The details of all of these notices given is as follows: The Court has granted an emergency hearing for the Chapter 11 Bankruptcy case of Screening Services Group, LLC, for Debtor's Motion to authorize the use of cash collateral. The hearing on the Motion will take place on Friday, September 18, 2026 at 10:00 a.m. in Courtroom 1668 of the Edward R. Roybal Federal Building and Courthouse, located at 255 E. Temple Street, Los Angeles, CA 90012. The Motion is to approve the use of cash collateral. If you object to the Motion, you must file a written opposition to this Motion with the Court no later than Thursday, September 17, 2026 at 10:00 a.m. and serve a copy of it upon Debtor's attorneys at the address set forth above. Any reply to such opposition must be in writing and filed with the Court no later than Thursday, September 17, 2026 at 4:00 p.m. Debtor seeks to use cash collateral to pay its ongoing expenses and continue its operations until approximately October 1, 2026. Debtor anticipates and requests that the Court setting a continued hearing on this Motion for continued use of Cash Collateral to be heard approximately on or before October 1, 2026. If you do not oppose the Court granting this relief, you do not need to take any action.

5. All dates identified for calls in this declaration refer to September 15, 2026, unless otherwise noted.

6. In addition to providing a copy of the Motion and the Notice by priority overnight mail to all secured creditors and the 20 largest unsecured creditors (as reflected in separately-filed proofs of service), my office also gave telephonic notice to the United States Trustee and all secured creditors with an interest in the cash collateral. Because these individuals are the primary parties in interest, I believe that giving them the telephonic notice was appropriate in addition to the written notice. To the extent Debtor had email addresses any of the secured creditors and the 20 largest unsecured creditors, my office also provided a copy of the Motion and Notice by email. The proof of service demonstrating the priority overnight mail service is filed in separate proofs of service and the email service is detailed in the

HABERBUSH, LLP
ATTORNEYS AT LAW
444 WEST OCEAN BOULEVARD, SUITE 1400
LONG BEACH, CA 90802

declaration of Lane K. Bogard filed with my declaration.

7. The below chart sets forth the interested parties that I personally gave notice to, as well as the phone number I called, the time I gave the notice, and details regarding who I spoke to:

| Interested Party | Phone Number[1] | Time Called[2] | Who I spoke to |
|---|---|---|---|
| Ascentium Capital (Secured Creditor and 20 Largest Unsecured) | (281) 883-5073 | 3:44 p.m. | I called the number associated with this creditor and received the voice mailbox of Ryan McCarthy, which I understand from my client is the creditor's representative. No one picked up. I left telephonic notice in the voice mailbox. |
| Leaf Capital Funding, LLC (Secured Creditor and 20 Largest Unsecured) | (410) 933-8125 | 3:47 p.m. | I called the number associated with this creditor and received the voice mailbox. No one picked up. I left telephonic notice in the voice mailbox. |
| Newtek Small Business Finance, LLC (Secured Creditor and 20 Largest Unsecured) | (516) 254-7603 | 3:50 p.m. | I called the number associated with this creditor and received the voice mailbox. No one picked up. I left telephonic notice in the voice mailbox. |
| CT Corporation, as Representative (Secured Creditor) | (888) 755-1133 | 3:54 p.m.<br>3:56 p.m. | I called the number associated with this creditor and selected the option to speak with an attorney, but I received the voice mailbox. No one picked up. I left telephonic notice in the voice mailbox.<br><br>I called this number back and selected the option to speak with an operator. I gave telephonic notice to the operator, who refused to provide me with her name. |
| OnDeck (Secured Creditor and 20 Largest Unsecured) | (646) 981-1275<br>(888) 994-6603 | 3:57 p.m.<br>3:59 p.m. | I called the two numbers associated with this creditor and received the voice mailbox on both occasions. No one picked up. I left telephonic notice in the voice mailbox for both telephone numbers. |

---

[1] Unless otherwise indicated, all phone numbers were obtained from the Debtor's records for each party called.

[2] All times identified for calls in this declaration refer to September 15, 2026, unless otherwise noted.

HABERBUSH, LLP
ATTORNEYS AT LAW
444 WEST OCEAN BOULEVARD, SUITE 1400
LONG BEACH, CA 90802

| | | | |
|---|---|---|---|
| United States Trustee | N/A | 3:03 p.m. | Mr. Maroko of the United States Trustee's office called me to ask about the status of this bankruptcy case. While discussing the case with him, I gave Mr. Maroko telephonic notice. |

EXECUTED AT LONG BEACH, CALIFORNIA THIS 16th DAY OF SEPTEMBER, 2026

I declare under penalty of perjury the foregoing to be true and correct.

By:__________________________
VANESSA M. HABERBUSH, Declarant

HABERBUSH, LLP
ATTORNEYS AT LAW
444 WEST OCEAN BOULEVARD, SUITE 1400
LONG BEACH, CA 90802

HABERBUSH, LLP
ATTORNEYS AT LAW
444 WEST OCEAN BOULEVARD, SUITE 1400
LONG BEACH, CA 90802

# DECLARATION OF LANE K. BOGARD

I, LANE K. BOGARD, hereby declare and state:

1. I am an individual over the age of 18 years. I have personal knowledge of the facts stated herein and if I were called as a witness would and could competently testify thereto, under penalty of perjury.

2. I am an associate of Haberbush, LLP, proposed counsel for Screening Services Group, LLC, Debtor and Debtor-in-Possession herein ("Debtor"), in the above captioned bankruptcy case.

3. On September 15, 2026, Debtor filed an Emergency Motion for an order authorizing the use of cash collateral (the "Motion"). A true and correct copy of the Motion is attached to the Declaration of Vanessa M. Haberbush as Exhibit "1." On September 15, 2026, the Court granted an emergency hearing on the Motion. On September 15, 2026, Debtor filed a Notice of Debtor's emergency motion for an order authorizing the use of cash collateral (the "Notice"). A true and correct copy of the Notice is attached to the Declaration of Vanessa M. Haberbush as Exhibit "2."

4. On September 15, 2026, I personally gave telephonic notice to several interested parties of the hearing on the Motion. The details of all of these notices given is as follows: The Court has granted an emergency hearing for the Chapter 11 Bankruptcy case of Screening Services Group, LLC, for Debtor's Motion to authorize the use of cash collateral. The hearing on the Motion will take place on Friday, September 18, 2026 at 10:00 a.m. in Courtroom 1668 of the Edward R. Roybal Federal Building and Courthouse, located at 255 E. Temple Street, Los Angeles, CA 90012. The Motion is to approve the use of cash collateral. If you object to the Motion, you must file a written opposition to this Motion with the Court no later than Thursday, September 17, 2026 at 10:00 a.m. and serve a copy of it upon Debtor's attorneys at the address set forth above. Any reply to such opposition must be in writing and filed with the Court no later than Thursday, September 17, 2026 at 4:00 p.m. Debtor seeks to use cash collateral to pay its ongoing expenses and continue its operations until approximately October 1, 2026. Debtor anticipates and requests that the Court setting a continued hearing on this Motion for continued use of Cash Collateral to be heard approximately on or before October 1, 2026. If you do not oppose the Court granting this relief, you do not need to take any action.

5. All dates identified for calls in this declaration refer to September 15, 2026, unless

otherwise noted.

7. The below chart sets forth the interested parties that I personally gave notice to, as well as the phone number I called, the time I gave the notice, and details regarding who I spoke to:

| Interested Party | Phone Number[3] | Time Called[4] | Who I spoke to |
|---|---|---|---|
| U.S. Small Business Administration (Secured Creditor and 20 Largest Unsecured) | (559) 262-4964 | 3:40 p.m. | I called the number associated with this creditor and spoke with Babak Solis from the Commercial Loan Servicing Division. Mr. Solis indicated we needed to contact a different department for notice purposes and provided me with two email addresses: CovidEIDLServicing@sba.gov and CESC@sba.gov<br>As set forth below, I emailed a copy of the Motion and Notice to these email addresses. |
| Vida Equity Group, LLC (Secured Creditor) | (872) 260-6163 | 3:57 p.m. | I called the number associated with this creditor and received the voice mailbox. No one picked up. I left telephonic notice in the voice mailbox. |

7. In addition to giving telephonic notice to the creditors listed below, to the extent Debtor had email addresses for each of the creditors, I provided a copy of the Motion and Notice by email on September 15, 2026 at approximately 4:28 p.m. The creditors to whom I emailed a copy of the Motion and Notice are listed below.

**Ascentium Capital** (Secured Creditor)
RobertAlvarado@AscentiumCapital.com;
LaNiishaGray@AscentiumCapital.com;
RyanMCarthy@AsecntiumCapital.com

**First Commonwealth Equipment Finance** (Secured Creditor)
efgcollections@fcbanking.com

**Leaf Funding Capital, LLC** (Secured Creditor)
lmarrow@leafnow.com

**OnDeck** (Secured Creditor)

---

[3] Unless otherwise indicated, all phone numbers were obtained from the Debtor's records for each party called.

[4] All times identified for calls in this declaration refer to September 15, 2026, unless otherwise noted.

HABERBUSH, LLP
ATTORNEYS AT LAW
444 WEST OCEAN BOULEVARD, SUITE 1400
LONG BEACH, CA 90802

HABERBUSH, LLP
ATTORNEYS AT LAW
444 WEST OCEAN BOULEVARD, SUITE 1400
LONG BEACH, CA 90802

cvasquez2@ondeck.com
tgonzales@ondeck.com

**Newtek Small Business Finance, LLC** (Secured Creditor)
oscott@newtekone.com

**Vida Equity Group, LLC** (Secured Creditor)
naf@vidaequitygroup.com

**1640 Sepulvada Property, LLC** (20 Largest Unsecured Creditor)
rsanders@allenmatkins.com

**Wintrust Speciality Finance** (Secured Creditor)
abaden@hrhlaw.com
rfagan@wintrust.com

**U.S. Small Business Administration** (Secured Creditor)
CovidEIDLServicing@sba.gov
CESC@sba.gov

**The United States Trustee**
USTP.Region16@usdoj.gov; ron.maroko@usdoj.gov

EXECUTED AT LONG BEACH, CALIFORNIA THIS 16th DAY OF SEPTEMBER, 2026

I declare under penalty of perjury the foregoing to be true and correct.

By: /s/ Lane K. Bogard
Lane K. Bogard, Declarant

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

444 West Ocean Boulevard, Suite 1400, Long Beach, CA 90802

A true and correct copy of the foregoing document entitled: **DECLARATIONS OF VANESSA M. HABERBUSH AND LANE K. BOGARD IN SUPPORT OF TELEPHONIC NOTICE OF HEARING EMERGENCY MOTION OF DEBTOR AND DEBTOR-IN-POSSESSION FOR ORDER AUTHORIZING INTERIM USE OF CASH COLLATERAL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **September 16, 2026,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Vanessa M Haberbush** vhaberbush@lbinsolvency.com, dhaberbush@lbinsolvency.com,ahaberbush@lbinsolvency.com,abostic@lbinsolvency.com,haberbush.assistant@gmail.com,jborin@lbinsolvency.com,lbogard@lbinsolvency.com
- **Ron Maroko** ron.maroko@usdoj.gov
- **United States Trustee (LA)** ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page.

2. SERVED BY UNITED STATES MAIL:
On ________, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **September 16, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Barry Russell
United States Bankruptcy Court
255 E. Temple Street
Suite 1660 / Courtroom 1668
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 16, 2026 | Alexander S. Bostic | [signature] |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |