**UNITED STATES TRUSTEE**
**PETER C. ANDERSON**
915 Wilshire Blvd., Suite 1850
Los Angeles, California 90017
Telephone: (213) 894-6811

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>SCREENING SERVICES GROUP, LLC,<br><br>Debtor(s). | Case Number: 2:26-bk-19276-BR<br><br>Chapter 11<br><br>**NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE** |

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee hereby appoints the following qualified individual as Subchapter V trustee in the above-captioned case:

Gregory K. Jones
10100 N. Santa Monica Boulevard, Suite 1450
Los Angeles, CA 90067
Telephone: 424.214.7000
Facsimile: 424.214.7010

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

DATED: September 16, 2026

Peter C. Anderson,
United States Trustee

**Gregory K. Jones (SBN 181072)**
**Stradling Yocca Carlson & Rauth LLP**
10100 N. Santa Monica Boulevard, Suite 1450
Los Angeles, CA 90067
Telephone: 424.214.7000
Facsimile: 424.214.7010
*Email: gjones@stradlinglaw.com*

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>Screening Services Group, LLC,<br><br>Debtor. | Case No.: 2:26-bk-19276-BR<br><br>Chapter 11<br><br>**VERIFIED STATEMENT OF SUBCHAPTER V TRUSTEE** |

In connection with the United States Trustee's Notice of Appointment of me as Subchapter V trustee in this proceeding, I hereby verify that I am a "disinterested person" as defined by 11 U.S.C. §101(14) in that I:

(a) am not a creditor, equity security holder or insider of the debtor;

(b) am not, and was not, within two years before the date of filing of the petition, a director, officer, or employee of the debtor;

(c) do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason; and

(d) pursuant to my ongoing duty to review for conflicts, if and when I believe that a conflict arises, I will immediately notify the United States Trustee and resign as the case trustee if need be.

Subject to court approval pursuant to 11 U.S.C. § 330, I anticipate seeking compensation for my service in this case at an hourly rate of $695, in addition to seeking reimbursement for any actual and necessary expenses I incur.

I hereby accept my appointment as subchapter V trustee in this case pursuant to FRBP 2008.

DATED: September 16, 2026

Gregory K. Jones

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**915 Wilshire Boulevard, Suite 1850, Los Angeles, California 90017**

A true and correct copy of the foregoing document entitled (*specify*): NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ____9/16/2026___________, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
**Lane K Bogard** lbogard@lbinsolvency.com, dhaberbush@lbinsolvency.com,ahaberbush@lbinsolvency.com,abostic@lbinsolvency.com,haberbush.assistant@gmail.com,vhaberbush@lbinsolvency.com,jborin@lbinsolvency.com
**Vanessa M Haberbush** (Debtor's counsel) vhaberbush@lbinsolvency.com, dhaberbush@lbinsolvency.com,ahaberbush@lbinsolvency.com,abostic@lbinsolvency.com,haberbush.assistant@gmail.com,jborin@lbinsolvency.com,lbogard@lbinsolvency.com
**Ron Maroko** ron.maroko@usdoj.gov
**United States Trustee (LA)** ustpregion16.la.ecf@usdoj.gov

__ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) ______________, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
**None**

__ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _9/16/2026____________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
**Judge's copy temporarily suspended under General Order 20-02, as updated by General Order 23-01**

**SERVED BY EMAIL:**
**Subchapter V Trustee:**
Gregory K. Jones: gjones@Stradlinglaw.com

__ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 9/16/2026 | Ron Maroko | /s/ Ron Maroko |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |